# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ANTONIO TREJO,<br><br>              Defendant. | Case No.: 16-CR-0709-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 24] |

Upon motion of Plaintiff United States of America, good cause appearing,

**IT IS HEREBY ORDERED** that the Information as to Defendant Antonio Trejo in the above entitled case be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: May 18, 2016

_____
HON. MICHAEL M. ANELLO
United States District Judge